**Han Jie YANG, Plaintiff–Appellant,**

v.

**NEW YORK CITY TRANSIT AUTHORITY, Defendant– Appellee.**

No. 02–9419.

United States Court of Appeals, Second Circuit.

Aug. 12, 2003.

Han Jie Yang, Brooklyn, NY, pro se.

Victor Levy, Office of General Counsel, New York City Transit Authority, Brooklyn, NY, for Defendant–Appellee.

PRESENT: JACOBS, F.I. PARKER, and SOTOMAYOR, Circuit Judges.

*SUMMARY ORDER*

Han Jie Yang appeals from a judgment entered in the United States District Court for the Eastern District of New York (Block, *J.*) granting defendant's motion to dismiss. We affirm for substantially the reasons stated by the district court. *See Yang v. New York City Transit Authority*, No. 01–CV–3933(FB), 2002 WL 31399119 (E.D.N.Y. Oct.24, 2002).